UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON,<br><br>Plaintiff,<br><br>v.<br><br>J. W. LOCK CO., INC.; GERALD OFFSTEIN; and DOES 1-10,<br><br>Defendants. | Case No.: CV 24-05440-PSG (PVCx)<br><br>ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [22] |

Upon considering the Parties' Joint Motion to Dismiss, and good cause appearing,

IT IS HEREBY ORDERED THAT the above-captioned action is dismissed with prejudice as to all parties, with the parties to bear their own fees and costs.

DATED: October 28, 2024

*Dolly M. Gee*
_____
DOLLY M. GEE
Chief United States District Judge

ORDER - 1